CITY OF ATLANTA *et al. v.* MILAM & MILLER.

COBB, J. There was no error of law complained of.   While the preponderance
of the evidence seems to be against the verdict, there was some evidence to
support the same, and the discretion of the trial judge in refusing to grant a
new trial will not be interfered with.

   *Judgment affirmed.   All the Justices concurring, except Little, J., absent.*

Argued February 18,—Decided March 13, 1902.

Appeal.   Before Judge Lumpkin.   Fulton superior court.   June
29, 1901.

*Mayson & Hill* and *Thomas L. Bishop,* for plaintiffs in error.
*Slaton & Phillips,* contra.